

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS            WESTERN DIVISION

---

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 HEALTH AND WELFARE FUND, by Barbara Lane, as Administrator; INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 PENSION FUND, by Barbara Lane, as Administrator; INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 ANNUITY FUND, by Barbara Lane, as Administrator; LOCAL 98 ENGINEERS JOINT TRAINING, RETRAINING, SKILL IMPROVEMENT, SAFETY EDUCATION, APPRENTICESHIP AND TRAINING FUND, by Barbara Lane, as Administrator; INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 AND EMPLOYERS COOPERATIVE TRUST, by Donald Mason and Eugene P. Melville, Jr., as Trustees; CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, by Michael R. Fanning, as Chief Executive Officer; and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98, AFL-CIO, by Eugene P. Melville, Jr., as Business Manager, | **STIPULATION OF DISCONTINUANCE** |
| Plaintiffs, | **Civil Action No.: 3:10-cv-30149** |
| v. | |
| LOUISE P. ALLARD, Individually and as President of GREYSTONE EQUIPMENT, LLC, | |
| Defendants. | |

It is hereby stipulated and agreed, by and between the undersigned counsel, the attorneys of record for all Plaintiffs and Defendant Louise P. Allard, no party being an infant or incompetent person or in the military service, that the action against Louise P. Allard and any counterclaims against

Plaintiffs are discontinued with prejudice, and without attorneys' fees, costs and disbursements as to any party as against the other.

DATED: February 16, 2011

BLITMAN & KING LLP

By: _____
Jennifer A. Clark, of Counsel
Bar Roll No. 101356
Attorneys for Plaintiffs
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-mail: jaclark@bklawyers.com

DATED: February 14, 2011

KAPLAN & ASSOCIATES, INC.

By: _____
Gary D. Berkowitz, of Counsel
Bar Roll No. 632536
Attorneys for Defendant Louise P. Allard
Office and Post Office Address
2377 Pawtucket Avenue
East Providence, RI 02914
Telephone: (401) 272-9000

IT IS SO ORDERED:

Dated: Feb. 24, 2011

_____
Honorable Michael A. Ponsor
United States District Court Judge

coll\legal\Greystone-DiscStip